DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GERALD ALAIN VAUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:11-MJ-00137 MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING;  ORDER |
| | ) | |
| GERALD ALAIN VAUCHER, | ) | Date:  December 6, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their

respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

November 16, 2011, **may be continued to December 6, 2011 at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for further defense

preparation and plea negotiation.  The government does not object to this request.  The requested

continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

1

2

BENJAMIN B. WAGNER
United States Attorney

3  DATED:  November 10, 2011

/s/ Susan St. Vincent
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service

4

5

6

DANIEL J. BRODERICK
Federal Defender

7

8  DATED:  November 10, 2011

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
Gerald Alain Vaucher

9

10

11

12                                      ORDER

13

14      The Court, having reviewed the above request for a continuance of the status conference currently

15  set for November 16, 2011 until December 6, 2011, HEREBY ORDERS AS FOLLOWS:

16      1)  The status conference in the above entitled matter shall be continued to December 6, 2011 at

17          10:00 a.m., at the Yosemite Court.

18

19

20

IT IS SO ORDERED.

21

Dated:  ___November 15, 2011___      /s/ _Michael J. Seng_

22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Vaucher - Stipulation to Continue
Status Conference and Order